988

No. 04–8933. CLARK v. WOLFE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ALBION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–8946. EARL X v. HOWTON, SUPERINTENDENT, OREGON STATE CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 04–8965. MCDONALD v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 04–9001. MARTIN v. WADDINGTON, SUPERINTENDENT, STAFFORD CREEK CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 04–9033. ULLMAN v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 04–9039. CEBALLOS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–9042. MASON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–9044. WYNTER v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 04–9051. HORN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–9059. SIMMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–9061. COLLINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–9064. GIBSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–9066. BAILEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–9069. YAMI OLU v. UNITED STATES. Ct. App. D. C. Certiorari denied.